Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

ANA DURAN (AND HUSBAND, MANUEL          Index No.: 07-CV-1493
JARAMILLO),

                        Plaintiff(s),                **NOTICE OF ADOPTION OF ANSWER
                                                     TO MASTER COMPLAINT**

        -against-                                    **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                        Defendant(s).
-------------------------------------------------------X

   PLEASE  TAKE  NOTICE  that  Defendants,  90  CHURCH  STREET  LIMITED

PARTNERSHIP  and  BOSTON  PROPERTIES,  INC.,  by  their  attorneys,  McGIVNEY  &

KLUGER,  P.C.,  as  and  for  their  Response  to  the  allegations  set  forth  in  the  Complaint  by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced

action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in

the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

   WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and

BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as

against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       January 8, 2008

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendants
                                        90 CHURCH STREET LIMITED PARTNERSHIP
                                        and BOSTON PROPERTIES, INC.

                                        By:
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel