UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ANA DURAN (AND HUSBAND, MANUEL JARAMILLO), | 07-CV-01493-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | **ELECTRONICALLY FILED** |
| 90 CHURCH STREET LIMITED PARTNERSHIP LLC, *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 18, 2008

DICKSTEIN SHAPIRO LLP

By:     /s/ Judith R. Cohen
     _____
     Judith R. Cohen (JC-8614)
     1177 Avenue of the Americas
     New York, New York 10036
     Phone: (212) 277-6500
     Fax: (212) 277-6501

     *Attorney for Defendant*
     MERRILL LYNCH & CO., INC.

DOCSNY-287436