William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

_____X

ANA DURAN (AND HUSBAND, MANUEL
JARAMILLO)
                                            NOTICE OF THE
                                            BROOKFIELD
            V.                              PARTIES' ADOPTION OF
                                            AMENDED ANSWER
                                            TO MASTER
                                            COMPLAINT

90 CHURCH STREET LIMITED
PARTNERSHIP, ET. AL.,                       CASE NUMBER: (AKH)
                                            07 CV 1493
_____X

    PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P., WFP Tower B Co. GP Corp., WFP Tower D Co. L.P. and WFP Tower D Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       February _15_ 2008

                                 Faust, Goetz, Schenker & Blee, LLP

                                 By:  William J. Smith (WJS-9137)
                                 Attorneys for the Brookfield Parties
                                 Two Rector Street, 20th Floor
                                 New York, NY 10006
                                 (212) 363-6900